IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AMBER BRIDGES**                                                         **PLAINTIFF**

**v.**                         **4:22-CV-00743-BRW**

**SAMSUNG ELECTRONICS AMERICA, INC.**                        **DEFENDANT**

### ORDER

For the same reasons set out in today's order denying remand in *Chambers v. Stihl Incorporated USA*[1] and *Allinder v. Dollar General*,[2] Plaintiff's motion to remand (Doc. No. 35) is DENIED.

IT IS SO ORDERED this 11th day of August, 2023.

                                                      <u>Billy Roy Wilson</u>
                                                      UNITED STATES DISTRICT JUDGE

---

[1] No. 4:22-cv-00688-BRW (E.D. Ark.), Doc. No. 41.

[2] No. 4:22-cv-00801-BRW (E.D. Ark.), Doc. No. 37.